IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT WADE FERGUSON and<br>WENDY THOMPSON FERGUSON,<br><br>　　　　Plaintiffs,<br><br>VS.<br><br>THE BANK OF NEW YORK MELLON<br>CORP. fka THE BANK OF NEW YORK, *et al.*,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§　　CIVIL ACTION NO. H-13-279<br>§<br>§<br>§<br>§<br>§ |

**ORDER STAYING, REFERRING, AND ADMINISTRATIVELY CLOSING**

　　　　The plaintiff, Robert Wade Ferguson, filed a petition in the United States Bankruptcy Court for the Southern District of Texas as Case No. 13-30754 on February 5, 2013. A petition filed under 11 U.S.C. §§ 301, *et seq.,* operates as a stay of a judicial proceeding against the debtor that was commenced before the bankruptcy proceeding. 11 U.S.C. § 362(a)(1). To the extent this case involves claims against the debtor, the stay applies. To the extent this case involves claims by the debtor, or claims by a nondebtor that are linked to those of the debtor, the stay may not apply, but the claims are referred to the bankruptcy court.

　　　　This case is administratively closed. The plaintiffs may reinstate this case to the active docket on notice to this court of the discontinuance of the stay under 11 U.S.C. § 362(c)(2), provided the notice is filed within 30 days after the bankruptcy stay is discontinued.

　　　　SIGNED on March 7, 2013, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lee H. Rosenthal
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge