IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT WADE FERGUSON and WENDY THOMPSON FERGUSON, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-13-279 |
| THE BANK OF NEW YORK MELLON CORP. fka THE BANK OF NEW YORK, *et al.* | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

In accordance with the Memorandum and Opinion of today's date, the defendants' motion to dismiss, (Docket Entry No. 8), is granted. The action filed by the plaintiffs, Robert and Wendy Ferguson, against the defendants is dismissed. Because further amendment would be futile, the dismissal is with prejudice.

SIGNED on June 23, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge